```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 00757
   MATTHEW A MOORE
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-0192
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/14/08 .

   2.  The case was dismissed without confirmation, 05/23/2008.

   3.  The Debtor paid a total of $     960.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AES/PHEAA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN RECOVERY SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| GPO AMERICA ONLINE | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LEASE FINANCE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| LEASE FINANCE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| LEASE FINANCE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| MCCARTHY BURGESS & WOLFF | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PLAINS COMMERCE BK | UNSECURED | NOT FILED | .00 | .00 |
| REVENUE PROTECTION MANAG | UNSECURED | NOT FILED | .00 | .00 |
| REWARDS 660 | UNSECURED | NOT FILED | .00 | .00 |

```
SAMS CLUB                    UNSECURED      NOT FILED              .00           .00
STATE FARM INSURANCE         NOTICE ONLY    NOT FILED              .00           .00
      Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00         .00           .00
PRINCIPAL PAID          .00          .00          .00         .00           .00
INTEREST PAID           .00          .00          .00         .00           .00
TOTAL PAID              .00          .00          .00         .00           .00
```

The Debtor's attorney, SCHOTTLER & ASSOC       , was allowed $    3500.00
and was paid $     700.00  direct and $     904.32  through the plan.

The Trustee received $      55.68 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 08/20/08                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE